1  KENT M. ROGER, State Bar No. 95987
   CHRISTOPHER J. BANKS, State Bar No. 218779
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendant
   Pearson Education, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO

11  FREDERIC H. MARTINI, INC., a Hawaii          Case No. C 04-04187 SI
    Corporation,
12                                               STIPULATION AND [PROPOSED]
                    Plaintiff,                   ORDER CONCERNING
13                                               CONTINUANCE OF FURTHER CASE
            vs.                                  MANAGEMENT CONFERENCE
14
    PEARSON EDUCATION, INC., a Delaware
15  Corporation, dba Benjamin Cummings,

16                  Defendant.

17

18      The parties submit this Stipulation for Court approval.

19      The parties hereby stipulate and agree to continue the Further Case Management

20  Conference, now set for June 17, 2005 at 2:30 p.m. The parties agree to this continuance because

21  they are currently engaged in active settlement discussions. By this Stipulation, the parties do not

22  modify any other dates or deadlines set by the Court in its Pretrial Preparation Order of February

23  8, 2005 (Docket Entry # 20), although it is anticipated that a request to extend the discovery cut-

24  off dates may be necessary if current negotiations do not result in settlement.

25      The parties therefore stipulate and agree to the following dates and deadlines in this

26  matter:

27      The FURTHER CASE MANAGEMENT CONFERENCE will take place on <u>August 19,</u>

28  <u>2005</u> at <u>2:30 PM</u>. Counsel must file a joint case management statement seven days in advance of

STIPULATION AND [PROPOSED] ORDER CONCERNING FURTHER CASE MANAGEMENT CONFERENCE

the conference.

DISCOVERY PLAN: Per F.R.C.P. and Local Rules, subject to the provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2005.

DESIGNATION OF EXPERTS: August 1, 2005; REBUTTAL DESIGNATION: August 19, 2005. Parties SHALL conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 30, 2005.

DISPOSITIVE MOTIONS SHALL be filed by October 14, 2005; Oppositions due October 28, 2005; Replies Due November 4, 2005; and set for hearing no later than November 18, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 24, 2006 at 3:30 PM.

JURY TRIAL DATE: February 6, 2006 at 8:30 AM, Courtroom 10, 19th Floor.

TRIAL LENGTH is estimated to be five days.

Dated: June 10, 2005

By _____
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: June 10, 2005

By _____
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June ___, 2005

IT IS SO ORDERED
Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER CONCERN