| | |
|---|---|
| 1  KENT M. ROGER, State Bar No. 95987<br>    MORGAN, LEWIS & BOCKIUS LLP<br>2  One Market, Spear Street Tower<br>    San Francisco, CA 94105-1126<br>3  Tel: 415.442.1000<br>    Fax: 415.442.1001<br>4  kroger@morganlewis.com | **FILED**<br><br>JUL 2 8 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  Attorneys for Defendant
   Pearson Education, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO

11  FREDERIC H. MARTINI, INC., a Hawaii        Case No. C 04-04187 SI
    Corporation,
12                                             STIPULATION AND [PROPOSED]
                   Plaintiff,                  ORDER CONCERNING EXTENSION
13                                             OF CERTAIN PRETRIAL
           vs.                                 DEADLINES
14
    PEARSON EDUCATION, INC., a Delaware
15  Corporation, dba Benjamin Cummings,

16                 Defendant.

17

18        The parties submit this Stipulation for Court approval.

19        The parties hereby stipulate and agree to the following:

20        1.     Since May 24, 2005, the parties have been engaging in active and good faith

21  settlement negotiations. These settlement negotiations have involved conferences between the

22  parties, both in-person and via telephone, and the exchange of settlement proposals. The parties

23  made these settlement efforts without the assistance of the Court or any third party. On July 11,

24  2005, the parties concluded their active and good faith settlement negotiations without agreement.

25        2.     During the time of these active settlement negotiations between the parties, the

26  parties agreed to stay all discovery in this matter.

27

28

STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF CERTAIN PRETRIAL DEADLINES

3. On account of the active and good-faith settlement negotiations, the discovery process has been slowed in this matter. The parties, therefore, are in need of further exchange of discovery, scheduling of depositions, and additional time to gather and review information in preparation for expert designations and pretrial motions.

4. Based on the foregoing, the parties seek the extension of certain deadlines, in the following manner: (A) extend the deadline for the Designation of Experts from August 1, 2005 to October 3, 2005 and Rebuttal Designation from August 19, 2005 to October 20, 2005; (B) extend the date for Non-Expert Discovery Cutoff and Expert Discovery Cutoff from September 30, 2005 to November 18, 2005; and (C) extend the deadline for filing Dispositive Motions from October 14, 2005 to December 2, 2005; the deadline for filing Oppositions from October 28, 2005 to December 16, 2005; the deadline for filing Replies from November 4, 2005 to December 23, 2005; and the date for setting dispositive motions for hearing from no later than November 18, 2005 at 9:00 a.m. to no later than January 6, 2006 at 9:00 a.m. The dates for the Further Case Management Conference, Pretrial Conference, and Trial are not modified by this Stipulation.

5. By this Stipulation, the parties do not seek a modification of the trial date, which currently is set for February 6, 2006. (See Order, filed February 8, 2005).

6. The parties, therefore, stipulate and agree to the following dates and deadlines in this matter:

FURTHER CASE MANAGEMENT CONFERENCE: August 19, 2005 at 2:30 p.m. Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per Fed.R.Civ.P. and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 18, 2005.

DESIGNATION OF EXPERTS: October 3, 2005; REBUTTAL DESIGNATION: October 20, 2005. Parties SHALL conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 18, 2005.

DISPOSITIVE MOTIONS SHALL BE FILED BY December 2, 2005; Opposition Due on December 16, 2005; Reply Due on December 23, 2005; and set for hearing no later than January

1  6, 2006 at 9:00 a.m.

2  PRETRIAL CONFERENCE DATE: January 24, 2006, at 3:30 p.m.

3  JURY TRIAL DATE: February 6, 2006 at 8:30 a.m., Courtroom 10, 19th Floor.

4  TRIAL LENGTH is estimated to be five days.

6      7.    The filer of this document attests that concurrence in the filing of this document
7  has been obtained from the other signatory.

9  Dated: July ___, 2005

11                              By _____
12                                  Michael R. Lennie
                                    Law Offices of Michael R. Lennie APC
13                                  *Attorney for Plaintiff*
                                    *Frederic H. Martini, Inc.*

14  Dated: July ___, 2005

16                              By _____
17                                  Kent M. Roger
                                    Morgan Lewis & Bockius, LLP
18                                  *Attorney for Defendant*
                                    *Pearson Education, Inc.*

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22

24  Dated: July 28, 2005                    [signature]

26                                  HON. SUSAN ILLSTON
                                    United States District Court Judge