MICHAEL R. LENNIE, State Bar No. 48191
750 B Street, Suite 2500
San Diego, CA 92101
Tel: 619.515.5456
Fax: 619.515.5457

Attorney for Plaintiff
Frederic H. Martini, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PEARSON EDUCATION, INC., a Delaware<br><br>Corporation, dba Benjamin Cummings,<br><br>　　　　Defendant | Case No.: No. CV 04-04187 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING CONTINUANCE OF FURTHER CASE  MANAGEMENT CONFERENCE** |

　　　The parties submit this Stipulation for Court approval.

　　　This matter is currently scheduled for Further Case Management Conference on August 19, 2005 at 2:30 P.M., Courtroom 10, 19th Floor before the Honorable Susan Illston.

　　　By order of this Court, the parties met on August 1, 2005 with Early Neutral Evaluator, Stuart L. Gasner, and reached settlement.  Pursuant to the terms of the settlement, specified documents are being produced, a partial accounting rendered, and a formal SETTLEMENT AGREEMENT is being drafted.

STIPULATION AND [PROPOSED] ORDER CONCERNING FURTHER CASE MANAGEMENT
CONFERENCE - 1

1   Should the Court prefer the attendance of counsel at the currently
2   scheduled Further Case Management Conference on August 19, 2005, counsel will
3   of course attend.  However, in light of the settlement and the time required
4   to complete the tasks remaining to formalize the settlement, if the Court
5   feels, as do the parties, that the time would best be spent on these tasks,
6   the parties hereby stipulate and agree to the following dates in this matter:
7       The FURTHER CASE MANAGEMENT CONFERENCE will take place on <u>September 23,</u>
8   <u>2005</u>, at <u>2:30 P.M</u>.  If, as of that date, the settlement has been formalized,
9   and a dismissal with prejudice has been filed with the Court, the parties may
10  notify the Court's Clerk that the matter is to be taken off calendar.

11  Dated: August ___, 2005

12                                          By _____
                                               Michael R. Lennie
13                                             Law Offices of Michael R. Lennie APC
                                               *Attorney for Plaintiff*
14                                             *Frederic H. Martini, Inc.*

15  Dated: August ___, 2005

16
                                            By _____
17                                             Kent M. Roger
                                               Morgan Lewis & Bockius, LLP
18                                             *Attorney for Defendant*
                                               *Pearson Education, Inc.*

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22
    Dated: August ___, 2005
23

24                                          _____
25                                          [GRANTED — Judge Susan Illston]  Court Judge

        STIPULATION AND [PROPOSED] ORDER CONCERNING FURTHER CASE MANAGEMENT
                                CONFERENCE

Case 3:04-cv-01471-SI Document 38 Filed 03/18/2005 Page 3 of 3

STIPULATION AND [PROPOSED] ORDER CONCERNING FURTHER CASE MANAGEMENT CONFERENCE - 3