KENT M. ROGER, State Bar No. 95987
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com

Attorneys for Defendant
Pearson Education, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>Defendant. | Case No. C 04-04187 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF ORDER OF DISMISSAL UPON SETTLEMENT** |

The parties submit this Stipulation for the Court's approval.

The parties hereby stipulate and agree to the following:

1. On August 1, 2005, the parties participated in Early Neutral Evaluation, during which the parties agreed to settlement of this matter and to certain settlement terms.

2. Under the settlement terms, Defendant Pearson Education, Inc. ("Pearson") agreed to the production of certain documents to Plaintiff Frederic H. Martini, Inc. ("Martini"). (The production of certain documents pursuant to the settlement terms is hereinafter referred to as the "Post-ENE Production of Documents"). In addition, because the parties intend to continue their

1

business relationship, the settlement terms include provisions pertaining to that future relationship.

3. On account of the parties' agreement to settle this matter, this Court dismissed the matter with prejudice pursuant to the Order of Dismissal Upon Settlement, dated August 10, 2005. See Docket Entry 39. The Order of Dismissal Upon Settlement further ordered that, "if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings." Order of Dismissal Upon Settlement, Docket Entry 39. The Order thus provides a ninety day period within which to notify this Court that settlement has not occurred (the "Ninety Day Period").

4. Since August 1, 2005, the parties have been engaging in active and good faith efforts to finalize the Settlement Agreement between the parties and to conclude the Post-ENE Production of Documents.

5. As the execution of the Settlement Agreement is contingent upon the completion of the Post-ENE Production of Documents, and the Settlement Agreement itself sets forth provisions pertaining to the future contractual relationship between the parties, the parties foresee needing additional time, beyond the Ninety Day Period, to finalize the Settlement Agreement.

6. Accordingly, an extension of the Ninety Day Period set forth in the Order of Dismissal Upon Settlement by approximately thirty (30) days is appropriate and necessary in this matter.

7. The parties maintain their good faith belief that a Settlement Agreement in this matter will be finalized and executed prior to December 9, 2005. In the event that a final settlement does not occur, however, this matter would need to be restored on the Court's calendar for future proceedings.

8. The parties, therefore, stipulate and agree that this matter should continue to be DISMISSED WITH PREJUDICE pursuant to the Order of Dismissal Upon Settlement, dated August 10, 2005. See Docket Entry 39. However, if any party hereto certifies to this Court, with

proof of service of a copy thereon on opposing counsel, on or before December 9, 2005, that settlement has not in fact occurred, the Order of Dismissal Upon Settlement will be vacated and this cause shall be restored forthwith to the calendar for further proceedings.

9. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: October ___, 2005

By _____
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: October ___, 2005

By _____
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October ___, 2005

_____
[GRANTED - Judge Susan Illston - United States District Court, Northern District of California]

3
STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF ORDER OF DISMISSAL UPON SETTLEMENT