KENT M. ROGER, State Bar No. 95987
PATRICIA S. KIM, State Bar No. 237483
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
kroger@morganlewis.com

Attorneys for Defendant
Pearson Education, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>            Defendant. | Case No. C 04-04187 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING EXTENSION OF ORDER OF DISMISSAL UPON SETTLEMENT** |

   The parties submit this Stipulation for the Court's approval.

   The parties hereby stipulate and agree to the following:

   1.      On August 1, 2005, the parties participated in Early Neutral Evaluation, during which the parties orally agreed to settlement of this matter based on certain settlement terms.

   2.      Under the settlement terms, Defendant Pearson Education, Inc. ("Pearson") agreed to the production of certain documents ("Post-ENE Production of Documents") to Plaintiff Frederic H. Martini, Inc. ("Martini") directed at certain accounting issues relating to works authored by Frederic H. Martini ("Dr. Martini") and published by Pearson.  In addition, because the parties intend to continue their business relationship, the settlement terms include provisions pertaining to that future relationship.

3. On account of the parties' agreement to settle this matter, this Court dismissed the matter with prejudice pursuant to the Order of Dismissal Upon Settlement, dated August 10, 2005. See Docket Entry 39. The Order of Dismissal Upon Settlement further ordered that, "if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings." Order of Dismissal Upon Settlement, Docket Entry 39.

4. Pursuant to the parties' stipulation, , the Court, in an Order signed October 17, 2005, extended the Order of Dismissal Upon settlement to December 9, 2005. See Docket Entry 41.

5. Since August 1, 2005, the parties have been engaging in continuous – sometimes daily – active and good faith efforts to conclude the Post-ENE Production of Documents, to conclude the accounting of certain works authored by Dr. Martini and published by Pearson, and to finalize the Settlement Agreement.

6. While the parties have been able to resolve many issues that have arisen since August 1, 2005 in furtherance settlement, various issues, including the complete accounting of certain works authored by Dr. Martini and published by Pearson, remain unresolved. Addressing these various issues has required the parties, inter alia, to prepare accounting analyses, to run various reports, and/or to gather additional information. The parties have been addressing the various issues that have arisen without the assistance of the Court.

7. Because the parties are working to resolve various issues, including complex accounting issues, prior to finalizing settlement, the parties foresee needing additional time beyond December 9, 2005, to December 30, 2005, to finalize the Settlement Agreement between the parties. Accordingly, an extension of the Order of Dismissal Upon Settlement is appropriate and necessary in this matter.

8. The parties, therefore, stipulate and agree that this matter should continue to be dismissed with prejudice pursuant to the Order of Dismissal Upon Settlement, dated August 10, 2005. See Docket Entry 39. However, if any party hereto certifies to this Court, with proof of

service of a copy thereon on opposing counsel, on or before December 30, 2005, that settlement has not in fact occurred, the Order of Dismissal Upon Settlement will be vacated and this cause shall be restored forthwith to the calendar for further proceedings.

9. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: November ___, 2005

By _____
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: November ___, 2005

By _____
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November _21__, 2005

_____
JUDGE SUSAN ILLSTON
United States District Court
Northern District of California

3
STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF ORDER OF DISMISSAL UPON SETTLEMENT