MICHAEL R. LENNIE SBN 48191
LAW OFFICES of MICHAEL R. LENNIE APC
2255 Avenida de la Playa, Suite 7b2
La Jolla, CA 92037
Tel: 858.456.0138
Fax: 858.456.1893

Attorney for Plaintiff MARTINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings, <br><br> Defendant. | Case No.: No. CV 04-04187 SI <br><br> CERTIFICATION BY PLAINTIFF THAT CASE NOT SETTLED, REQUEST TO VACATE DISMISSAL AND PROPOSED ORDER |

**OVERVIEW**

Pursuant to stipulation of the parties, the Court entered an Order Concerning Extension of Order of Dismissal Upon Settlement on December 28, 2005 extending the date of dismissal from December 30, 2005 to March 15, 2006. Paragraph 13 of the Court's Order provides in relevant part:

*However, if any party hereto certifies to this Court, with*

CERTIFICATION CASE NOT SETTLED, REQUEST TO VACATE DISMISSAL AND PROPOSED ORDER                     1

1     *proof of service of a copy thereon on opposing counsel, on*
2     *or before March 15, 2006, that settlement has not in fact*
3     *occurred, the Order of Dismissal Upon Settlement will be*
4     *vacated and this cause shall be restored forthwith to the*
5     *calendar for further proceedings.*

7                            **CERTIFICATION of PARTY**

9    Michael R. Lennie, on behalf of plaintiff Frederic H. Martini, Inc.,
10 hereby certifies that complete settlement has not in fact occurred.

12 Dated: March 14, 2006         s/ Michael R. Lennie
13                                MICHAEL R. LENNIE SBN 048191 (CA)
                                 Law Offices of Michael R. Lennie APC
14                                Attorney for Plaintiff Frederic H.
                               Martini, Inc.

17 **PURSUANT TO COUNSEL'S CERTIFICATION, IT IS SO ORDERED.**

19 Dated: March ___, 2006

21                                _____
22                                SUSAN ILLSTON
                               United States District Court Judge

CERTIFICATION CASE NOT SETTLED, REQUEST TO VACATE DISMISSAL AND PROPOSED ORDER    2