```
1  MICHAEL R. LENNIE SBN 48191
   LAW OFFICES of MICHAEL R. LENNIE APC
2  2255 Avenida de la Playa, Suite 7b2
   La Jolla, CA 92037
3  Tel:  858.456.0138
   Fax:  858.456.1893
4
   Attorney for Plaintiff MARTINI
5
```

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                            SAN FRANCISCO

11  FREDERIC H. MARTINI, INC., a Hawaii
12  Corporation,
                                              Case No.: No. CV 04-04187 SI
13           Plaintiff,
                                              CERTIFICATION BY PLAINTIFF THAT
14      vs.                                   CASE NOT SETTLED, REQUEST TO
                                              VACATE DISMISSAL AND PROPOSED ORDER
15  PEARSON EDUCATION, INC., a Delaware
16  Corporation, dba Benjamin Cummings,
17           Defendant.

19                              **OVERVIEW**

21     Pursuant to stipulation of the parties, the Court entered an Order
22  Concerning Extension of Order of Dismissal Upon Settlement on December 28,
23  2005 extending the date of dismissal from December 30, 2005 to March 15,
24  2006.  Paragraph 13 of the Court's Order provides in relevant part:
25     *However, if any party hereto certifies to this Court, with*

CERTIFICATION CASE NOT SETTLED, REQUEST TO VACATE DISMISSAL AND PROPOSED    1
                                    ORDER

*proof of service of a copy thereon on opposing counsel, on or before March 15, 2006, that settlement has not in fact occurred, the Order of Dismissal Upon Settlement will be vacated and this cause shall be restored forthwith to the calendar for further proceedings.*

### CERTIFICATION of PARTY

Michael R. Lennie, on behalf of plaintiff Frederic H. Martini, Inc., hereby certifies that complete settlement has not in fact occurred.

Dated: March 14, 2006        s/ Michael R. Lennie
_____

MICHAEL R. LENNIE SBN 048191 (CA)
Law Offices of Michael R. Lennie APC
Attorney for Plaintiff Frederic H. Martini, Inc.

**PURSUANT TO COUNSEL'S CERTIFICATION, IT IS SO ORDERED.**

Dated: March ___, 2006

_____
SUSAN ILLSTON
United States District Court Judge

CERTIFICATION CASE NOT SETTLED, REQUEST TO VACATE DISMISSAL AND PROPOSED ORDER    2