MICHAEL R. LENNIE, CBN 48191
LAW OFFICES of MICHAEL R. LENNIE APC
2255 Avenida De La Playa, No. 7b2
La Jolla, CA 92037
Tel: 858.456.0138
Fax: 858.456.1893

Attorney for Plaintiff
FREDERIC H. MARTINI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>    Defendant | Case No.: No. CV 04-04187 SI<br><br>**PLAINTIFF FREDERIC H. MARTINI INC.'S EX PARTE APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DELCARATION OF MICHAEL LENNIE IN SUPPORT THEREOF** |

    Plaintiff Frederic H. Martini, Inc., hereby moves *ex parte*, for an order continuing the Case Management Conference currently scheduled for March 31, 2006, at 2:00 p.m. to April 21, 2006 at 2:00 p.m.

    This *ex parte* application is made on the grounds that the Court's Order that scheduled a Case Management Conference

PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 1

for March 31, 2006, was entered on March 16, 2006, and plaintiff's counsel, a sole practitioner, had, prior to the entry of the order scheduling the Case Management Conference, already planned and paid for a trip to New York City and then to Virginia from March 28, 2006 through April 5, 2006. In addition, Gary Alabaster, a San Francisco attorney who has been assisting Mr. Lennie in the prosecution of this action, had already planned and paid for a trip to San Diego from March 31 through April 2, so he is unavailable to attend the case management conference on March 31, 2006.

Although Mr. Lennie attempted to obtain defendant counsel's stipulation to continue the case management conference, defendant's counsel has refused to agree to postpone it.

Even if plaintiff had been ready to file a motion to continue the case management conference on the day it was noticed by the Court, there would not have been enough time between that date and March 31 for it to be heard as a normally noticed motion. In addition, this Court's clerk suggested to Mr. Lennie that, rather than file an *ex parte* application for an order shortening time for the hearing of a motion to continue the case management conference, plaintiff should simply file an

PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 2

1 | *ex parte* application for an Order Continuing the Case Management
2 | Conference. This is that *ex parte* application.
3 |     This *ex parte* application is based on this *ex parte*
4 | application and the declaration of Michael R. Lennie, which is
5 | attached hereto.
6 |
7 |     Good cause exists for continuing the case management conference as demonstrated herein.
8 |
9 | Dated: March 24, 2006   _____
10 |                            Michael R. Lennie
11 |                            Law Offices of Michael R. Lennie, APC
12 |                            Attorney for Plaintiff
                           Frederic H. Martini, Inc.

**DECLARATION OF MICHAEL R. LENNIE IN
SUPPORT OF *EX PARTE* APPLICATION
FOR ORDER CONTINUING CASE MANAGAEMENT CONFERENCE**

I, Michael R. Lennie, declare:

1. I am an attorney-at-law duly admitted to practice before this Court and am the attorney of record in the above-captioned action for plaintiff Frederic H. Martini, Inc. I submit this declaration in support of my client's *ex parte* application for an order continuing from March 31 to April 21, the currently scheduled case management conference.

2. The March 31 date for the case management conference was set by the Court on March 16, 2006. Prior to that date I had already planned and paid for a trip to New York City and Virginia from March 28 through April 5, 2006. In addition, Gary Alabaster, a San Francisco attorney who has been assisting me in the prosecution of this action, had before March 16 already planned and paid for a trip to San Diego from March 31 through April 2, so he is unavailable to attend the case management conference on March 31, 2006.

3. On March 19, 2006, I spoke with Kent Roger, the lead counsel for defendants in this action. I asked Mr. Roger to stipulate to the postponement of the case management conference, and I offered a number of different dates which

would be acceptable to the Court, my client and me.  Mr. Roger refused to agree to postpone the case management conference.

        4.   Because the date of case management conference was set only on March 16, I could not have brought a motion to continue it pursuant to the amount of notice that is normally required, because the case management conference would have occurred prior to the earliest date on which the motion for a continuance of it could be heard absent the grant of an order shortening time.  I originally thought that I would file an *ex parte* application for an order shortening time for the hearing of my motion to continue the case management conference. However, when I spoke by telephone on March 23, 2006, with this Court's Courtroom Deputy, Tracy Sutton, she suggested that I simply file an *ex parte* application to continue the case management conference.

        5.   On March 24, 2006 at 3:30 p.m., I called on the telephone Kent Roger's office, the lead attorney for defendants. A receptionist informed me he was on the phone and put me over to his voice mail.  I left a message that I needed to talk to him before he left for home, and that I needed to give him notice of a matter in this case.  Not having heard from him, I again called his office, was put over to his voice mail by a receptionist and left a more detailed message as follows: that I

PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 5

was electronically filing an ex parte motion for continuance of the case management conference currently scheduled for March 31, 2006, to April 21, 2006 at 2:00 p.m.; that he was required to immediately file objections electronically, if any; and that there would be no appearances.

      6.   At 4:48 p.m. this date I called Patti Kim, Esq., who is assisting Mr. Roger in this matter and left an identical message as that left with Kent Roger with Ms. Kim's voice mail

      7.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2006  _____
(1271.01:37)                  Michael R. Lennie

PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 6

```
 1 │ MICHAEL R. LENNIE, CBN 48191
   │ LAW OFFICES of MICHAEL R. LENNIE APC
 2 │ 2255 Avenida De La Playa, No. 7b2
   │ La Jolla, CA 92037
 3 │ Tel: 858.456.0138
   │ Fax: 858.456.1893
 4 │
   │ Attorney for Plaintiff
 5 │ FREDERIC H. MARTINI, INC.
 6 │
   │                  UNITED STATES DISTRICT COURT
 7 │
   │                NORTHERN DISTICT OF CALIFORNIA
 8 │
   │                         SAN FRANCISCO
 9 │
10 │
   │ FREDERIC H. MARTINI, INC., a   ) Case No.: No. CV 04-04187 SI
11 │                                )
   │ Hawaii Corporation,            )
12 │                                )
   │            Plaintiff,          )
13 │                                )
   │      vs.                       ) [PROPOSED] ORDER CONTINUING
14 │                                ) CASE MANAGEMENT CONFERENCE
   │ PEARSON EDUCATION, INC., a     )
15 │                                )
   │ Delaware Corporation, dba      )
16 │                                )
   │ Benjamin Cummings,             )
17 │                                )
   │            Defendant           )
18 │ ───────────────────────────────
19 │
   │         The Court having considered the ex parte application
20 │
   │ of Plaintiff Frederic H. Martini, Inc., for an Order Continuing
21 │
   │ the Case Management Conference currently scheduled for March 31,
22 │
   │ 2006, at 2:00 p.m., to April 21, 2006 at 2:00 p.m., and having
23 │
   │ considered defendants' objections to the requested continuance,
24 │
   │ and good cause appearing therefor,
25 │
```

1   IT IS HEREBY ORDERED that, the Case Management
2   Conference currently scheduled for March 31, 2006 at 2:00 p.m.
3   be, and the same is, hereby continued to April 21, 2006 at 2:00
4   p.m..
5   Dated:_____                    _____
6                                                 Susan Illston
    (1271.01:37)                           United States District Judge
7

PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 8