United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERIC H. MARTINI, INC.,

Plaintiff,

v.

PEARSON EDUCATION, INC.,

Defendant.
_______________________________________/

No. C 04-04187 SI

**ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS**

Defendant has filed a motion for sanctions concerning the fact that plaintiff filed a copy of the settlement agreement as part of the public record in this case. The motion is currently scheduled for oral argument on April 28, 2006. Pursuant to Civil Local Rule 7-1(b), the Court determines the matter is appropriate for submission without oral argument, and accordingly VACATES the hearing.

Defendant seeks its fees and costs associated with the preparation and filing of an administrative motion to remove the settlement agreement from the public record and place it under seal, and well as fees and costs related to the motion for sanctions. Plaintiff opposes the motion on numerous grounds, and in turn seeks the fees and costs it has incurred in opposing the motion.

The Court has reviewed the parties' papers and concludes that neither party is entitled to fees or costs. The Court notes, *inter alia*, that defendant's administrative motion to seal the settlement agreement was unopposed, and it does not appear that defendant contacted plaintiff prior to filing the motion to determine whether plaintiff would stipulate to the sealing of the document. In addition, it was defendant who first quoted the settlement agreement in papers publicly filed with the Court. However, the Court cannot conclude that defendant's motion is frivolous or brought for an improper purpose, and accordingly plaintiff is not entitled to fees and costs either. For these reasons, the Court hereby DENIES

United States District Court
For the Northern District of California

defendant's motion for sanctions, and DENIES plaintiff's request for fees and costs.

**IT IS SO ORDERED.**

Dated: April 26, 2006

SUSAN ILLSTON
United States District Judge