| | |
|---|---|
| 1 | KENT M. ROGER, State Bar No. 95987 |
| | PATRICIA S. KIM, State Bar No. 237483 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | kroger@morganlewis.com |
| 5 | pskim@morganlewis.com |
| | Attorneys for Defendant Pearson Education, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>Defendant. | Case No. C 04-04187 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL AND TO REMOVE PLAINTIFF'S MOTION FOR ORDER ENFORCING SETTLEMENT FROM THE PUBLIC RECORD** |

The parties submit this Stipulation for the Court's approval:

As further set forth below, the parties stipulate and agree to file Plaintiff Frederic H. Martini, Inc.'s Motion for Order Enforcing Settlement; Points & Authorities; Declaration of Michael Lennie in Support Thereof; and Proposed Order, filed on May 1, 2006 (see Docket Entry 73-1), and the Exhibits in support of said motion, filed on April 28, 2006 (see Docket Entry at 72), under seal; and to remove said documents from the public record immediately.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7367582.1
DRAFT 5/1/06 8:53 PM

Case No. C 04-04187 SI
STIPULATION AND PROPOSED ORDER

The parties hereby stipulate and agree to the following:

1. On May 1, 2006, Plaintiff filed Plaintiff Frederic H. Martini, Inc.'s Motion for Order Enforcing Settlement; Points & Authorities; Declaration of Michael Lennie in Support Thereof; and Proposed Order (see Docket Entry 73-1). On April 28, 2006, Plaintiff filed the Exhibits in support of said motion. (See Docket Entry at 72). (Collectively, these documents will be referred to as "Plaintiff's Motion to Enforce Settlement and Supporting Papers").

2. In Plaintiff's Motion to Enforce Settlement and Supporting Papers, Plaintiff describes, interprets, and publishes a document entitled, Settlement Terms, which was signed by the parties and their counsel on August 1, 2006. Plaintiff filed a typed copy of the Settlement Terms as his second "Exhibit 1" to the Motion for Order Enforcing Settlement.[1]

3. The Settlement Terms contains a confidentiality provision, under which the parties, their auditors, and their attorneys agree to keep the terms of the parties' settlement confidential, for use only to enforce the terms of the settlement agreement.

4. Plaintiff describes, interprets, and publishes language of the Settlement Terms beyond that language describing the issues subject to arbitration or the jurisdiction of Stuart Gasner, Esquire.

5. In Plaintiff's Motion to Enforce Settlement and Supporting Papers, Plaintiff also describes, interprets, and publishes two drafts of settlement agreements exchanged between the parties. Plaintiff filed these drafts as the first "Exhibit 1" and as "Exhibit 2," respectively.

6. Each of the draft settlement agreements contain a confidentiality provision, under which the parties, their auditors, and their attorneys agree to keep the terms of the parties' settlement confidential, for use only to enforce the terms of the agreement.

7. Plaintiff's Motion to Enforce Settlement and Supporting Papers, including the Settlement Terms and the draft settlement agreements, are sealable documents pursuant to the confidentiality agreements.

---

[1] The first "Exhibit 1" to the Motion for Order Enforcing Settlement is a draft Settlement Agreement and Release of All Claims, labeled "MARTINI REVISED 3/13/06."

8. On March 27, 2006, Plaintiff filed a Reply to Defendant Pearson's Opposition to Continue Case Management Conference. (See Docket Entry 55). Plaintiff filed and attached to his reply a typed version of the Settlement Terms.

9. On March 28, 2006, Defendant Pearson filed an administrative motion to file the Settlement Terms under seal and to remove the Settlement Terms from the public record. (See Docket Entry 57). Concurrently with the filing of this administrative motion, Defendant Pearson submitted a true and correct copy of the Settlement Terms under seal. (See Docket Entry 63).

10. On March 31, 2006, the Court granted Defendant Pearson's administrative motion to file the Settlement Terms under seal and to remove the Settlement Terms from the public record. (See Docket Entry 62). On April 3, 2006, notice of the Court's order was filed. (See Docket Entry 64).

11. The parties, therefore, stipulate and agree to file Plaintiff Frederic H. Martini, Inc.'s Motion for Order Enforcing Settlement; Points & Authorities; Declaration of Michael Lennie in Support Thereof; and Proposed Order, filed on May 1, 2006 (see Docket Entry 73-1), and the Exhibits in support of said motion, filed on April 28, 2006 (see Docket Entry at 72), under seal, and to remove said documents from the public record immediately.

12. Defendant Pearson agrees not to pursue sanctions or to seek damages related to the disclosure of the Settlement Terms and the draft settlement agreements by Plaintiff's filing of his Motion to Enforce Settlement and Supporting Papers.

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

1-SF/7367582.1
DRAFT 5/1/06 8:53 PM

3

Case No. C 04-04187 SI
STIPULATION AND PROPOSED ORDER

13. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: May 2, 2006

/s/ Michael R. Lennie
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: May 2, 2006

/s/ Kent M. Roger
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Plaintiff Frederic H. Martini, Inc.'s Motion for Order Enforcing Settlement; Points & Authorities; Declaration of Michael Lennie in Support Thereof; and Proposed Order, filed on May 1, 2006 (see Docket Entry 73-1); and the Exhibits in support of said motion, filed on April 28, 2006 (see Docket Entry at 72) are ORDERED filed under seal in their entirety, and said papers shall be removed from the public record immediately.

Dated: May 3, 2006

s/Martin J. Jenkins
United States District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

1-SF/7367582.1
DRAFT 5/1/06 8:53 PM

4

Case No. C 04-04187 SI
STIPULATION AND PROPOSED ORDER