| | |
|---|---|
| 1 | KENT M. ROGER, State Bar No. 95987 |
| | PATRICIA S. KIM, State Bar No. 237483 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | kroger@morganlewis.com |
| 5 | pskim@morganlewis.com |
| | Attorneys for Defendant Pearson Education, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation, | Case No. C 04-04187 SI |
| Plaintiff, | **STIPULATION, DECLARATION OF COUNSEL, AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER ENFORCING SETTLEMENT AND ANY REPLY THERETO** |
| vs. | |
| PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings, | |
| Defendant. | |

The parties submit this Stipulation, Declaration, and Proposed Order for the Court's approval:

1. On May 2, 2006, the Defendant electronically filed a Stipulation and Proposed Order to File Under Seal and To Remove Plaintiff's Motion for Order Enforcing Settlement From the Public Record (hereinafter referred to as "Stipulation to File Under Seal"). The parties incorporate the statements made in the Stipulation to File Under Seal in this Stipulation.

2. In the Stipulation to File Under Seal, the parties stipulated and agreed to file Plaintiff Frederic H. Martini, Inc.'s Motion for Order Enforcing Settlement; Points & Authorities;

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

Case No. C 04-04187 SI
STIPULATION, DECLARATION AND
PROPOSED ORDER

1  Declaration of Michael Lennie in Support Thereof; and Proposed Order, filed on May 1, 2006
2  (see Docket Entry 73-1), and the Exhibits in support of said motion, filed on April 28, 2006 (see
3  Docket Entry at 72), under seal; and to remove said documents from the public record
4  immediately. (These documents hereinafter will be referred to as "Plaintiff's Motion to Enforce
5  Settlement and Supporting Papers".)

6  3.  In support of their Stipulation to File Under Seal, the parties stipulated and agreed
7  that the Plaintiff's Motion to Enforce Settlement and Supporting Papers, including the Settlement
8  Terms and the draft settlement agreements, are sealable documents.

9  4.  The parties agree that Pearson's Opposition to Plaintiff's Motion for Order
10 Enforcing Settlement and any Reply to Defendant's Opposition will describe, interpret, quote,
11 and/or publish the confidential Settlement Terms, confidential draft settlement agreements, and/or
12 other confidential settlement discussions or exchanges between the parties.

13 5.  The parties therefore stipulate and agree that Defendant Pearson Education, Inc.'s
14 Opposition to Plaintiff's Motion for Order Enforcing Settlement, and any reply by Plaintiff
15 thereto, are sealable documents that should be filed under seal.

16 6.  Kent M. Roger, Esquire, counsel for Defendant, hereby declares that Defendant
17 Pearson's Opposition to Plaintiff's Motion for Order Enforcing Settlement, and papers filed in
18 support thereof, will be sealable. If for any reason Defendant's Opposition to Plaintiff's Motion
19 for Order Enforcing Settlement, and papers filed in support thereof, are not sealable, Mr. Roger
20 will notify the Court and all parties as soon as practicable. Mr. Roger declares under penalty of
21 perjury under the laws of the United States of America that the foregoing statements in this
22 paragraph are true and correct.

23 7.  Michael R. Lennie, Esquire, counsel for Plaintiff Frederic H. Martini, Inc.
24 ("Plaintiff"), hereby declares that any Reply to Defendant's Opposition to Plaintiff's Motion for
25 Order Enforcing Settlement, and papers filed in support thereof, will be sealable. If for any
26 reason Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Order Enforcing
27 Settlement, and papers filed in support thereof, are not sealable, Mr. Lennie will notify the Court
28 and all parties as soon as practicable. Mr. Lennie declares under penalty of perjury under the

laws of the United States of America that the foregoing statements in this paragraph are true and correct.

8. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: May 2, 2006

/s/ Michael R. Lennie
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: May 2, 2006

/s/ Kent M. Roger
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Defendant Pearson Education, Inc.'s Opposition to Plaintiff's Motion for Order Enforcing Settlement and papers filed in support thereof, and any reply by Plaintiff to Defendant's Opposition to Plaintiff's Motion for Order Enforcing Settlement and papers filed in support thereof, are ORDERED to be filed under seal.

Dated: May __3__, 2006

s/Martin J. Jenkins

HON. SUSAN ILLSTON
United States District Court Judge