IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC H. MARTINI, INC., | No. C 04-04187 SI |
| Plaintiff, | **ORDER RE: SUPPLEMENTAL BRIEFING** |
| v. | |
| PEARSON EDUCATION, INC., | |
| Defendant. | |

The Court has received plaintiff's reply brief, which was submitted (untimely) on June 5, 2006. The Court requests defendant to file a statement of no more than 5 pages regarding the following: the effect, if any, of paragraph 12 of the parties' February 3, 2006 Arbitration Agreement on the issue of whether the arbitrator or the Court decides arbitrability. Defendant's supplemental brief, if any, shall be filed and served no later than **noon on June 8, 2006**.

**IT IS SO ORDERED.**

Dated: June 6, 2006

SUSAN ILLSTON
United States District Judge