```
 1  MICHAEL R. LENNIE, Esq.  (SBN 048191)
    2255 Avenida de la Playa
 2  Suite 7B2
    La Jolla, CA  92037
 3  858-456-0138
    858-456-1893 (Fax)
 4  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>        Defendant. | Case No.: CV 04-04187 SI<br><br>**UNCONTESTED ADMINISTRATIVE MOTION OF PLAINTIFF MARTINI TO FILE REPLY TO PEARSON'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER ENFORCING SETTLEMENT AND DECLARATION OF MICHAEL R. LENNIE UNDER SEAL; AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 79-5, Plaintiff Frederic H. Martini Inc. ("Martini") submits this Uncontested Administrative Motion to File Reply to Opposition to Motion for Order Enforcing Settlement under Seal.  In support of this motion, Martini states:

1.  In Plaintiff's Motion for Order Enforcing Settlement and supporting papers, Plaintiff describes, interprets, and publishes a document entitled, Settlement Terms, and drafts of unexecuted settlement agreements exchanged between the parties.  (See Stipulation and Order entered May 3, 2006, at Docket Entry 76, a true and correct copy attached hereto as Exhibit A, ¶¶ 1-2, 4-5.)  The Settlement Terms and the draft settlement agreements contain confidentiality provisions, under which the parties, their auditors,

and their attorneys agree to keep the terms of the parties' settlement confidential, for use only to enforce the terms of the agreement. (See Ex. A, ¶¶ 3 & 6.) The parties agreed that Plaintiff's Motion for Order Enforcing Settlement and supporting papers are sealable documents pursuant to confidentiality agreements. (See Ex. A, ¶ 7.) The Court ordered that Plaintiff's Motion for Order Enforcing Settlement and supporting papers be filed under seal. (See Ex. A, p.4.)

2. In anticipation that Pearson's Opposition to Plaintiff's Motion for Order Enforcing Settlement and supporting papers and Plaintiff's Reply to Pearson's Opposition would describe, interpret, and publish the Settlement Terms document, draft unexecuted settlement agreements, and related confidential discussion between the parties, the parties agreed that both Pearson's Opposition and Martini's Reply would be sealable and should be filed under seal. (See Stipulation and Order, entered May 3, 2006, at Docket Entry 77, a true and correct copy attached hereto as Exhibit B, ¶¶ 4-6.) The Court therefore ordered that Pearson's Opposition and Martini's Reply be filed under seal. (See Ex. B, p.3.)

3. Martini's Reply describes, interprets, and publishes the confidential Settlement Terms document, confidential drafts of unexecuted settlement agreements, and related confidential discussions between the parties. Pursuant to the confidentiality agreements and the confidential nature of the settlement discussions, Martini's Reply is sealable.

4. On May 30, 2006, Pearson's counsel, Patti Kim, contacted Plaintiff's counsel, Michael R. Lennie, and stated that Defendant does not oppose the relief sought in this motion.

5. Michael R. Lennie, Esquire, counsel for Plaintiff, hereby declares that Plaintiff Martini's Reply is sealable, and further declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 4, 2006  _____
MICHAEL R. LENNIE
Attorney for Plaintiff
FREDERIC H. MARTINI INC.

**PURSUANT TO UNCONTESTED ADMINISTRATIVE MOTION, IT IS SO ORDERED:**

Plaintiff Frederic H. Martini, Inc.'s Reply to Defendant Pearson Education, Inc.'s Opposition to Plaintiff's Motion for Order Enforcing Settlement; Points & Authorities; Declaration of Michael Lennie in Support Thereof; and the Exhibits in support of said Reply are ORDERED filed under seal in their entirety.

Dated: June \_\_\_, 2006

_____
United States District Court Judge

PLAINTIFF MARTINI'S UNCONTESTED ADMINISTRATIVE MOTION 3