IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC H. MARTINI, INC., | No. C 04-04187 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO ENFORCEMENT "SETTLEMENT"; COMPELLING ARBITRATION; AND STAYING THIS MATTER PENDING ARBITRATION** |
| v. | |
| PEARSON EDUCATION, INC., | |
| Defendant. | |

On June 9, 2006, this Court heard oral argument on plaintiff's motion for an order enforcing settlement. (Docket No. 78). Having carefully considered the parties' papers (which have all been filed under seal), and the arguments of counsel, the Court hereby DENIES plaintiff's motion.

The Court finds that under the August 1, 2005 "Settlement Terms," the parties agreed, *inter alia*, that at least some outstanding disputes would be submitted to arbitration before Stuart Gasner, Esq. The Court further finds that, pursuant to the terms of the parties' February 2006 arbitration agreement, Mr. Gasner should determine what issues are arbitrable. *See Dream Theater Inc. v. Dream Theater*, 124 Cal. App. 4th 547, 551-52 (2004).

Accordingly, the Court hereby ORDERS the parties to proceed with arbitration before Mr. Gasner, and STAYS this action pending such arbitration.

**IT IS SO ORDERED.**

Dated: June 9, 2006

SUSAN ILLSTON
United States District Judge