IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC H. MARTINI, INC., | No. C 04-04187 SI |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE STATUS REPORT CONCERNING ARBITRATION** |
| v. | |
| PEARSON EDUCATION, INC., | |
| Defendant. | |

On June 9, 2006, this Court ordered the parties to proceed with the contractually-agreed arbitration before Stuart Gasner, and stayed this action pending such arbitration. The Court has heard nothing further from the parties since.

Accordingly, the parties are **ORDERED to file on or before January 26, 2007** a joint statement describing the status of the arbitration proceedings and, if they are not completed already, their expected completion date.

**IT IS SO ORDERED.**

Dated: January 19, 2007

SUSAN ILLSTON
United States District Judge