IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC H. MARTINI, INC., | No. C 04-04187 SI |
| Plaintiff, | **ORDER RE: FINALIZATION OF ARBITRATION PROCESS** |
| v. | |
| PEARSON EDUCATION, INC., | |
| Defendant. | |

The parties have filed a status report on the pending arbitration proceedings. It appears that an arbitration award was issued on October 27, 2006, and plaintiff represents that he intends to file a motion to vacate the award.

If plaintiff wishes to file such a motion, he must do so **on or before February 9, 2007.** Any such motion shall be set for hearing on **Friday, March 16, 2007 at 9:00 a.m.** In the event that such a motion is not filed by February 9, 2007, the arbitration award shall be fully enforceable and this action will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 1, 2007

SUSAN ILLSTON
United States District Judge