IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC H. MARTINI, INC., | No. C 04-04187 SI |
| Plaintiff, | **ORDER RE: STATE COURT PETITION TO VACATE ARBITRATION AWARD** |
| v. | |
| PEARSON EDUCATION, INC., | |
| Defendant. | |

Plaintiff has filed a Petition to Vacate Contractual Arbitration Award in the San Francisco Superior Court and has set it for hearing on March 16, 2007.

The parties are directed to inform this Court of the outcome of that proceeding within one week of the hearing. This action will not be dismissed until the Court receives such further notice from the parties.

**IT IS SO ORDERED.**

Dated:   February 9, 2007

SUSAN ILLSTON
United States District Judge