IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC H. MARTINI, INC., | No. C 04-04187 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| v. | |
| PEARSON EDUCATION, INC., | |
| Defendant. | |

Plaintiff's petition to vacate the arbitration award has been denied. See Order Denying Petition to Vacate, filed May 21, 2007 in No. C 07-1028 SI.

The parties are ORDERED TO SHOW CAUSE, **in writing to be filed no later than June 4, 2007,** why this action should not be dismissed in its entirety based on the parties' settlement.

**IT IS SO ORDERED.**

Dated: May 24, 2007

SUSAN ILLSTON
United States District Judge