MICHAEL R. LENNIE, State Bar No. 48191
LAW OFFICES OF MICHAEL R. LENNIE APC
2255 Aveninda De La Playa, #7b2
La Jolla, CA 92037
Tel: 858.456.0138
Fax: 858.456.1893

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>  Defendant. | Case No. C 04-04187 SI<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE AND PROPOSED ORDER** |

   The parties provide the following response to the Court's Order to Show Cause dated May 24, 2007:

   1.   Since the Court's Order Denying Petition to Vacate filed May 21, 2007 in Case No. C 07-1028 SI, the parties have made substantial progress toward settlement. In order to settle the dispute which is the subject of this action, the parties have worked also toward entering into revisions of their author/publisher business arrangements going forward. Additionally, they have worked to resolve disputes under their current contracts in order to avoid the filing of new litigation.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7557251.1

Case No. C 04-04187 – SI
JOINT RESPONSE TO ORDER TO SHOW CAUSE AND PROPOSED ORDER

2. The parties have reached oral agreement as to all outstanding issues of which they are aware, and it remains for them to document their settlement in a written settlement agreement in contract amendments and in two new contracts. A significant portion of this work has been completed. Third party co-authors also must be parties to the contract amendments that will allow the instant litigation to be resolved.

3. The parties ask the Court to postpone its dismissal of this matter for 40 days, to July 10, 2007, to allow them to complete a settlement. During that time they will abide by the following timetable and reporting schedule:

    a. Draft settlement agreement and revised contracts circulated within ten days;

    b. Draft and transmit letter to co-authors within ten days;

    c. Parties to execute settlement agreement and related contracts by June 29, 2007, and report this to the Court;

    d. Plaintiff to make best efforts to procure co-author consents by July 6, 2007 and report on this to the Court.

    e. Subject to the terms of the parties' written Settlement Agreement, upon exchange of all signed agreements, including co-author consents, the settlement payments will be made by Pearson forthwith.

    f. If the Court does not wish to postpone this matter to July 10, 2007, as proposed, the parties request that the Court so notify the parties and allow them to and including June 11, 2007, to submit their written responses as to why the matter should or should not be dismissed.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7557251.1

2

Case No. C 04-04187 – SI
JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND PROPOSED ORDER

The parties appreciate the Court's indulgence while they work to bring this matter to a close and respectfully request the above stated postponement of dismissal.

Dated: June 1, 2007

/s/ Michael R. Lennie
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: June 1, 2007

/s/ Kent M. Roger
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

## ORDER

Based on the foregoing response and report of the parties,

**IT IS HEREBY ORDERED** that this action be held open to July 10, 2007.

**IT IS HEREBY FURTHER ORDERED** that no later than July 6, 2007 the parties file their written report as to the matters in paragraph 3.c. and 3.d. above.

**IT IS SO ORDERED.**

Dated: June____, 2007

_____
SUSAN ILLSTON
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7557251.1

3

Case No. C 04-04187 – SI
JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND PROPOSED ORDER