MICHAEL R. LENNIE, State Bar No. 48191
LAW OFFICES OF MICHAEL R. LENNIE APC
2255 Aveninda De La Playa, #7b2
La Jolla, CA 92037
Tel: 858.456.0138
Fax: 858.456.1893
michael@lennieliterary.com
Attorney for Plaintiff

KENT M. ROGER, State Bar No. 95987
PATRICIA S. KIM, State Bar No. 237483
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
pskim@morganlewis.com
Attorneys for Defendant Pearson Education, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>Defendant. | Case No. C 04-04187 SI<br><br>**JOINT REPORT TO COURT PER ORDER ENTERED JUNE 6, 2007** |

As required by the Court's Order entered June 6, 2007 ("June 6 Order"), the parties make their written report to the Court as follows:

1. The parties have been unable to fully execute the settlement agreement and related contracts pursuant to paragraph 3.c. of the June 6 Order, but in good faith believe that they are imminently close to fully executing these documents. The parties have worked diligently exchanging multiple draft Agreements and Amendments while negotiating these documents on a daily basis. As a result, all six of the Agreements and Amendments and the two forms of co-author letters have been largely agreed to. Each of them is being reviewed carefully by the parties before final sign off. The parties respectfully request until July 17, 2007 to execute the documents pursuant to paragraph 3.c. of the June 6 Order. On July 17, 2007, the parties anticipate filing a proposed order of dismissal with prejudice with the court, subject to the following paragraph.

2. With regard to paragraph 3.d. of the June 6 Order, Plaintiff reports that it has sought co-author consents to two of the new amendments, as requested by Defendant and required by the June 6 Order, via correspondence and amendments sent on July 3, 2007. Plaintiff sent these letters immediately following the parties' negotiation of the two forms amendments to be signed by co-authors and the language of accompanying co-author letters. The parties are still considering one clarification of that communication to the co-authors. Plaintiff reports that as of this date one (1) of the three (3) co-authors whose consent is required on the amendments has provided consent, while two (2) co-author consents are still outstanding. Counsel for Plaintiff reports that one of the co-authors is unavailable until July 9, 2007 due to his daughter's surgery, and the other co-author has not yet responded to the request for consent. Plaintiff will make best efforts to secure co-author consents by July 17, 2007.

3. Because the parties anticipate executing the documents pursuant to paragraph 3.c. of the June 6 Order no later than July 17, 2007, and because not all necessary co-author consents have been obtained, the parties request that this action be held open an additional seven (7) days, until July 17, 2007.

4. If the Court does not wish to postpone this matter to July 17, 2007, as proposed, the parties request that the Court so notify the parties and allow them to and including July 13, 2007 to submit their written responses as to why the matter should or should not be dismissed.

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

1-SF/7571850.1

2

Civil Case No. C 04-04187 – SI
JOINT REPORT TO COURT

5. The parties appreciate the Court's indulgence while they continue to work to bring this matter to a close without the necessity of further litigation, including a possible trial, and respectfully request the above stated postponement of dismissal.

6. Filer attests that concurrence in the filing of this document was obtained by the other signatory.

Dated: July 6, 2007

/s/ Michael R. Lennie
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: July 6, 2007

/s/ Kent M. Roger
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

# [PROPOSED] ORDER

Based on the foregoing report of the parties, IT IS HEREBY ORDERED that this action be held open until July 17, 2007.

**IT IS SO ORDERED.**

Dated: July ___, 2007



_____
Susan Illston
United States District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7571850.1

4

Civil Case No. C 04-04187 – SI
JOINT REPORT TO COURT