MICHAEL R. LENNIE, State Bar No. 48191
LAW OFFICES OF MICHAEL R. LENNIE APC
2255 Aveninda De La Playa, #7b2
La Jolla, CA 92037
Tel: 858.456.0138
Fax: 858.456.1893
michael@lennieliterary.com
Attorney for Plaintiff

KENT M. ROGER, State Bar No. 95987
PATRICIA S. KIM, State Bar No. 237483
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
pskim@morganlewis.com
Attorneys for Defendant Pearson Education, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERIC H. MARTINI, INC., a Hawaii Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEARSON EDUCATION, INC., a Delaware Corporation, dba Benjamin Cummings,<br><br>Defendant. | Civ. Case Nos. 04-04187 SI<br>07-01028 SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

The parties submit this Stipulation for the Court's approval:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7571897.2

Civil Case Nos. 04-04187 SI and 07-01028 SI
STIPULATION AND PROPOSED ORDER

WHEREAS Plaintiff Frederic H. Martini, Inc. ("Martini") initiated an action by filing a complaint captioned *Frederic H. Martini, Inc. v. Pearson Education, Inc.*, U.S.D.C., Northern District of California, San Francisco Courthouse, Civil Case No. 04-4187 on or about October 4, 2004 ("Complaint");

WHEREAS a related action, *Frederic H. Martini, Inc. v. Pearson Education, Inc.*, U.S.D.C., Northern District of California, San Francisco Courthouse, Civil Case No. 07-01028, commenced on or about February 20, 2007;

WHEREAS Defendant Pearson Education, Inc. ("Pearson") has denied the allegations of the Complaint;

WHEREAS Martini and Pearson, being desirous of resolving all issues amicably to avoid the strain on their continuing relationship, and to save the time, uncertainty, and expense of litigation; and

WHEREAS the parties have agreed on the terms of a Settlement Agreement and Release of All Claims executed by both parties.

THEREFORE, the parties hereby agree, through their attorneys identified below, the following:

1. Plaintiff Martini, Inc. and its principal Frederic H. Martini, hereby agree to dismiss the Complaint with prejudice by means of this Stipulation Proposed Order on the clear understanding that the Stipulation and the Proposed Order will be filed by Defendant Pearson on July 17, 2007.

2. Civil Case Numbers 04-04187 SI and 07-01028 SI should be dismissed in their entirety with prejudice.

3. Defendant Pearson will file this Stipulation and Proposed Order of Dismissal with the Court on July 17, 2007.

4. Court costs should not be awarded to either party.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7571897.2

2

Civil Case Nos. 04-04187 SI and 07-01028 SI
STIPULATION AND PROPOSED ORDER

1097333.1

5.  Filer attests that concurrence in the filing of this document was obtained by the other signatory.

Dated: July 17, 2007

/s/ Michael R. Lennie
Michael R. Lennie
Law Offices of Michael R. Lennie APC
*Attorney for Plaintiff*
*Frederic H. Martini, Inc.*

Dated: July 17, 2007

/s/ Kent M. Roger
Kent M. Roger
Morgan Lewis & Bockius, LLP
*Attorney for Defendant*
*Pearson Education, Inc.*

## [PROPOSED] ORDER

Plaintiff Frederic H. Martini, Inc. and Defendant Pearson Education, Inc., having stipulated that Civil Case Numbers 04-04187 SI and 07-01028 SI should be dismissed with prejudice, IT IS HEREBY ORDERED that Civil Case Number 04-04187 SI and Civil Case Number 07-01028 SI be dismissed in their entirety, with prejudice, and without fees or costs awarded to either party.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July ____, 2007

Susan Illston
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7571897.2

3

Civil Case Nos. 04-04187 SI and 07-01028 SI
STIPULATION AND PROPOSED ORDER

1097333.1